No. 83–1940.  GROSZ ET AL. *v.* CITY OF MIAMI BEACH ET AL. C. A. 11th Cir.  Certiorari denied.

No. 83–1942.  SIMMONS *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 83–1945.  HAUGHEY, ON BEHALF OF THE ESTATE OF HAUGHEY *v.* HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 2d Cir.  Certiorari denied.

No. 83–1946.  SUNDEL *v.* JUSTICES OF THE SUPERIOR COURT OF RHODE ISLAND.  C. A. 1st Cir.  Certiorari denied.

No. 83–1949.  INZONE *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 83–1950.  MCALLISTER ET AL. *v.* GULF FEDERAL SAVINGS & LOAN ASSN.  Dist. Ct. App. Fla., 2d Dist.  Certiorari denied.

No. 83–1951.  GLEIXNER *v.* NEW YORK.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 83–1953.  WORTHINGTON *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 83–1954.  FRAME, WARDEN *v.* PLESS.  C. A. 3d Cir. Certiorari denied.

No. 83–1956.  THURSTON MOTOR LINES *v.* BRADY ET AL. C. A. 4th Cir.  Certiorari denied.

No. 83–1960.  INTERNATIONAL LONGSHOREMEN'S & WAREHOUSEMEN'S UNION ET AL. *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 83–1962.  AMERICAN KOYO CORP. *v.* LINDLEY, TAX COMMISSIONER OF OHIO.  Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 83–1964.  BEDNAR *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.